No. 03–6350. NOSER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 03–6356. HADDAD v. HIGGINS ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–6360. KIMBROUGH v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–6366. MURRIETA v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–6374. OTWORTH v. VILLAGE OF LAKEWOOD CLUB, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6375. OTWORTH v. VANDERPLOEG ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6377. SURVILLA v. HOLIDAY INN ET AL. Ct. App. N. Y. Certiorari denied.

No. 03–6380. DAVIS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 03–6381. CEPEDA v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 03–6384. BEN YOWEL v. WASHINGTON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–6387. FINCH v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 03–6388. PEARLMAN v. VIGIL-GIRON, SECRETARY OF STATE OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 03–6390. RICE v. CHAMPION, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–6397. BARNES v. VIRGINIA. C. A. 4th Cir. Certiorari denied.